Nathanael Denkens
Name
5000 Taku Drive
Mailing address
Anchorage, AK, 99508
City, State, Zip
907-538-4343
Telephone

RECEIVED

SEP 0 4 2020

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Nathanael Denkens,
_(Enter full name of plaintiff in this action)_

Plaintiff,

vs.

ACDA / Easy Park,
_____,
_____,
_(Enter full names of defendant(s) in this action._
_Do NOT use et al.)_

Defendant(s).

Case No. _3:20-cv-00217-SLG_
_(To be supplied by Court)_

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Nathanael Denkens,
_(print your name)_

who presently resides at 5000 Taku Dr. Anchorage, AK
_(mailing address)_

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _ACDA / Easy Park_____ is a citizen of
_Alaska_____, and is employed as a _Business & Parking Authority_
(name)
  (state)         (defendant's government position/title)

__✓__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ is a citizen of
_____, and is employed as a_____.
     (name)
  (state)       (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
_____, and is employed as a_____.
     (name)
  (state)       (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

<u>Claim 1</u>: On or about ___May 12, 2017___, my civil right to
___ANTi - DISCRIMINATION___
(Date)
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)
was violated by ___ACDA/Easy Park___
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

After experiencing derogatory comments of
a sexual Nature. I engaged in a protected
activity with ACDA/Easy Park. While engaged
in the protected activity I experienced an
Altercation (Retaliation) I was forced by the situation
to document the retaliation over audio
Recording. The witness   in the audio was
aware that there was an ongoing investigation.
The witness   in the audio had been submitted
as a witness in the investigation. The witness
in the audio verbally confirms they had heard
me be called a "Snitch" for reporting
ACDA/Easy Park's employee for a hostile work environment
for experiencing derogatory comments of
a sexual Nature from ACDA/Easy Parks' employee.
The witness   in the audio verbally confirms the
context of the name calling (retaliation) & Altercation
The witness   in the audio Recording      Altercation
verbally confirms the context telling me
that the retaliation was   upset because
previously a different co-worker/employee of ACDA/Easy
had reported him for similar reasons.              Park
The witness   in the audio verbally confirms

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

B

Claim 1: On or about _____May 12, 2017_____, my civil right to
anti-discrimination
(Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __ACDA/Easy Park__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Mentioning the Name of the employee who had previously reported the retaliator And that was why the witness. I was aware of the context of why I had been called a Switch After engaging in a protected activity, after experiencing derogatory comments of a sexual Nature. I asked questions & probed further to get a verbal account of witness to why I had experienced retaliation by being called a switch. I repeated the Name of a previous reporter & the witness verbally gave confirmation After I repeated the previous Reporters Name. The witness: verbally confirmed an ACDA employee previously reporting the retaliator, which was why I had been called a Switch. Asking multiple times the witness' confirms Retaliation & takes the stance of retaliation by telling me not to "egg it on". Referring to the situation. An experience of retaliation that I had documented. An experience of an altercation (retaliation) during a protected Activity

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

C

Claim 1: On or about ___May 12, 2017_____, my civil right to
___ANTI-DISCRIMINATION___ (Date)
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by ___ACDA Easy Park___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

The witness in the audio states they would "speak" to the retaliator during the retaliation. The witness confirms that they had already spoken to the retaliator during the retaliation & subsequently the protected activity. The witness in the audio confirms that the witness & the retaliator had participated in retaliation while I was engaged in a protected activity.

Claim 2: On or about ___May 12, 2017___, my civil right to
___Anti-Discrimination___
(Date)
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by ___ACDA/Easy Park___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

After engaging in a protected activity
The witness & the retaliators actions of
Retaliation caused an adverse action
to my employment. After engaging
in a protected activity & documenting
retaliation I was terminated based
off of; the witnesses & the Retaliators
retaliation. ACDA/Easy Park terminated
my employment based off of Retaliatory
where; the witnesses & the retaliators actions
caused an adverse action to my employment.
The Next day the witness & the retaliator
gave false statements resulting in an
adverse action to my employment &
subsequently my termination.

Claim 3: On or about ___May 12, 2017___, my civil right to
___Anti-Discrimination___
_(Date)_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by ___ACDA / Easy Park___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

The full & entire audio of the file
documentation of retaliation has
Not been reviewed by either the
defendent, ACDA/Easy Park or a
legal authority, While the contents
of the audio file alledge retaliation
& an adverse action by the participation
of myself in a protected activity. The
adverse action being termination. I
was immediatly terminated causal to
the hostile work enviournment &
retaliation. The audio file was never
Investigated by ACDA/Easy Park, While
the altercation retaliation was the
reason I was terminated.

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition:    _____ Dismissed    _____ Appealed    _____ Still pending

Issues Raised:_____

b. Lawsuit 2:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition:    _____ Dismissed    _____ Appealed    _____ Still pending

Issues Raised:_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 50,000,000

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $ 1,000,000,000 ~~~~~~~~

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes __✓__ No


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.


Executed at _Anchorage, AK_____ on __9/4/2020_____
                  (Location)                          (Date)

_____
(Plaintiff's Original Signature)


_____      _____
Original Signature of Attorney (if any)             (Date)


_____

_____

_____

Attorney's Address and Telephone Number