Michael A. Grisham
grisham.michael@dorsey.com
Siena Caruso
caruso.siena@dorsey.com
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

Attorneys for Defendants ACDA/EASY PARK,

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| NATHANAEL JENKINS,<br><br>                      Plaintiff,<br><br>vs.<br><br>ACDA/EASY PARK,<br><br>                      Defendants. | Case No. 3:20-cv-00217-SLG<br><br>**MOTION FOR SETTLEMENT CONFERENCE** |

      Pursuant to D. Ak. Local Rule 16.2(c)(1), the parties hereby jointly request that the Court appoint a settlement judge to conduct a settlement conference in this matter.

      DATED this 19th day of July, 2021, at Anchorage, Alaska.

                                        DORSEY & WHITNEY LLP

                                        By:     /s/ Michael A. Grisham
                                               Michael A. Grisham, ABA #9411104
                                               grisham.michael@dorsey.com
                                               Siena Caruso, ABA #1609072
                                               caruso.siena@dorsey.com

                                         By:  /s/ Nathanael Jenkins
                                              Pro Se Litigant

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of July, 2021, a true and correct copy of this document was served by U.S. Mail and by ECF on:

Nathanael Jenkins
npj419@gmail.com
5000 Taku Dr., Ste. 104
Anchorage, AK 99508

/s/  Michael A. Grisham
Michael A. Grisham, ABA No. 9411104
Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

MOTION FOR SETTLEMENT CONFERENCE

Page 2 of 2

*Jenkins v. ACDA/Easy Park*

Case No. 3:20-cv-00217-SLG

Case 3:20-cv-00217-SLG-DMS   Document 13   Filed 07/19/21   Page 2 of 2

4820-7876-1458\1