UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| NATHANAEL JENKINS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ACDA/EASY PARK,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-00217-SLG<br><br>**ORDER GRANTING<br>JOINT MOTION FOR<br>SETTLEMENT CONFERENCE** |

The parties having jointly moved this Court to appoint a settlement judge to conduct a settlement conference in this matter, and there being no objection thereto,

The motion is GRANTED. The Court hereby appoints Magistrate Judge Scott A. Oravec to conduct a settlement conference in this matter.

ENTERED this 2nd day of August, 2021, at Anchorage, Alaska.

*/s/ Deborah Smith*
HONORABLE DEBORAH M. SMITH
CHIEF U.S. MAGISTRATE JUDGE