IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATHANIEL JENKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>ACDA/EASY PARK,<br><br>        Defendant. | Case No. 3:20-cv-00217-SLG |

**ORDER RE PROPOSED FINDINGS OF FACT AND RECOMMENDATIONS FOR THE DISPOSITION OF MOTIONS FOR SUMMARY JUDGMENTS**

On September 4, 2020, pro se Plaintiff Nathanael Jenkins filed a Complaint under 42 U.S.C. § 1983 and Alaska law against Defendant ACDA/Easy Park alleging he was unlawfully discriminated against and terminated from his employment at ACDA/Easy Park in retaliation for engaging in a protected activity, specifically, filing a harassment complaint against a co-worker.[1]

The case was referred to the Honorable Magistrate Judge Kyle Reardon.[2] At Docket 41, Judge Reardon issued his *Proposed Findings of Fact and Recommendations for the Disposition of Motions for Summary Judgment*, in which he recommended that the Court grant Defendant's *Motion for Summary Judgment* at Docket 19, and that the Court deny Plaintiff's *Motion for Summary Judgment* at Docket 22. No objections to the report were filed.

---

[1] Dkt. 1.

[2] Dkt. 26.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[3] A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[4] But as to those topics on which no objections are filed, "[n]either the Constitution nor [28 U.S.C. § 636(b)(1)] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."[5]

The Court has reviewed the *Proposed Findings of Fact and Recommendations for the Disposition of Motions for Summary Judgments* and agrees with its analysis. Accordingly, the Court adopts the report in its entirety, and IT IS ORDERED that Defendant's *Motion for Summary Judgment* at Docket 19 is GRANTED and Plaintiff's *Motion for Summary Judgment* at Docket 22 is DENIED. The Clerk of Court is directed to enter a final judgment consistent with this order.

DATED this 27th day of July, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] 28 U.S.C. § 636(b)(1).

[4] *Id.*

[5] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Case No. 3:20-cv-00217-SLG-KFR, *Jenkins v. ACDA/Easy Park*
Order re Final R&R on Motions for Summary Judgment
Page 2 of 2
Case 3:20-cv-00217-SLG-KFR   Document 45   Filed 07/27/22   Page 2 of 2